PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Noe Ponce                              Cr.: 17-00432-001
                                                                                           PACTS #: 1662682

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                                           UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/14/2018

Original Offense:    Conspiracy To Distribute Narcotics and Possess with Intent to Distribute Heroin,
                          21 U.S.C. § 846 [21 U.S.C. § 841(a)(1) and (b)(1)(B)]

Original Sentence: 51 months imprisonment, 24 months supervised release

Special Conditions: $100 - Special Assessment

Type of Supervision: Supervised Release                        Date Supervision Commenced: 02/19/2021

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Cancun, Mexico from May 10, 2022 to May 14, 2022 for a work event called Apoyo Financiero Celebra. He will be traveling with team members and plans to reside at the Iberostar hotel & resort in Cancun, Mexico.

**U.S. Probation Officer Action:**

Noe Ponce commenced supervision in the Northern District of California, U.S. Probation Office based on residency. Ponce reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. Ponce has maintained stable residence in Watsonville, California and is employed with Apoyo Financial in Gilroy, California as a supervisor. Ponce satisfied his special assessment and is currently in full compliance with the conditions of supervised release.

Based on his compliance with the conditions of supervision, the Northern District of California, U.S. Probation Office is respectfully requesting for the individual under supervision to be granted permission to travel internationally as requested.

                                                                    Respectfully submitted,

                                                                    SUSAN M. SMALLEY, Chief
                                                                    U.S. Probation Officer

                                                                  *Elisa Martinez*

                                                                  By:   ELISA MARTINEZ
                                                                          Supervising U.S. Probation Officer

Prob 12A – page 2
Noe Ponce

/bgm

PREPARED BY:

*Brendan G. Murillo*　　　*05/05/2022*
BRENDAN G. MURILLO　　　Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Travel Approved

☐ Travel Denied

☑ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

_____
Signature of Judicial Officer

May 5, 2022
_____
Date